IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL HILL, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM PATRICK, et al., | : | No. 05-5261 |
|     Respondents | : | |

**O R D E R**

AND NOW, this 7th day of June, 2006, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and any objections made thereto, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED.

    2. The petition filed pursuant to 28 U.S.C. § 2254 is DENIED.

    3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Edmund V. Ludwig*
EDMUND V. LUDWIG, J.