IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL HILL, | : | CIVIL ACTION |
| v. | : | |
| WILLIAM PATRICK, et al., | : | No. 05-5261 |

**O R D E R**

AND NOW, this 21st day of December, 2007, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and any objections made thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Objections are overruled.

3. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.